UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JASON FRAZIER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Cause No: 3:10-CV-45-RLM |
| ) | |
| NASH-FINCH COMPANY, ) | |
| ) | |
| Defendant ) | |

ORDER FOR DISMISSAL

Based on the stipulation of the parties (Document No. 95), it is hereby ORDERED:

1. The above-captioned action hereby is dismissed with prejudice, with all parties agreeing to bear their own costs and fees.

2. Judgment of dismissal with prejudice shall be entered without further notice.

IT IS SO ORDERED:

Dated:   August 16, 2011

/s/ Robert L. Miller, Jr.
Judge United States District Court